UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FERGUSON ENTERPRISES, INC. OF VIRGINIA ) <br> d/b/a FERGUSON ENTERPRISES, INC., ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CLEAR-WATER PLUMBING COMPANY OF ) <br> NORTH CAROLINA, INC., PHILLIP B. SMITH, ) <br> C. CONSTRUCTION CO., INC. and XL SPECIALTY ) <br> INSURANCE COMPANY, ) <br>     Defendants. ) | CASE NO.: 1:06 CV 00288 |

**ENTRY OF DEFAULT**

Upon motion and affidavit for entry of default filed by counsel for Plaintiff and because Defendant Clear-Water Plumbing Company of North Carolina, Inc. ("Clear-Water") has failed to plead, or otherwise defend, default is entered against Defendant Clear-Water as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 5th day of June, 2006.

                                                           /s/ John S. Brubaker
                                                           Clerk, U.S. District Court